```
                                          FILED

                                    2011 SEP -1  AM 10:48

                                    CLERK US DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA

                                  BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10CR4064-BTM |
| Plaintiff, ) | |
| v. ) | ORDER OF DISMISSAL OF INDICTMENT |
| GUSTAVO SANCHEZ APARISIO, ) | |
| Defendant. ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant GUSTAVO SANCHEZ APARISIO, be dismissed without prejudice.

DATED: September 1, 2011

*[signature]*

Honorable Barry Ted Moskowitz
United States District Judge