# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

NOV 3 - 2014

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GUSTAVO SANCHEZ APARISIO,<br><br>        Defendant. | Case No. 10CR4064-BTM<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment:

8:1326(a) and (b) - Deported Alien Found in the United States

Dated: 11/3/2014

_Barry Ted Moskowitz_
Hon. Barry Ted Moskowitz
United States District Judge